PEERLESS OIL COMPANY OF PENNSYLVANIA, A CORPORATION, PROSECUTOR, v. FRANK HAGUE ET AL., DEFENDANTS.

Decided February 24, 1926.

For the prosecutor, *Maurice J. Cronin*.

For the defendants, *Thomas J. Brogan*.

PER CURIAM.

This is a writ of *certiorari* granted by Mr. Justice Minturn, and by consent argued before him sitting alone, to remove a second resolution of the commissioners of the city of Jersey City in regard to the location of an oil station on the corner of Pavonia avenue and the Boulevard in Jersey City.

After consideration of the testimony and the situation, the second resolution of the board is set aside, and the first resolution will stand.